UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

ASHRAF SAMAHA,                          Case No. 15-48963-WSD
                                              Honorable WALTER SHAPERO
Debtor.                                         Chapter 13

5120 Pecan Dr.
Ypsilanti, MI 48197
XXX-XX-4256
_____/

## OBJECTIONS TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN
## ON BEHALF OF FORD MOTOR CREDIT COMPANY LLC

Creditor Ford Motor Credit Company LLC ("Objector") by and through counsel, KILPATRICK & ASSOCIATES, P.C., states:

1. The Debtor ("Debtor" as used herein shall include both Debtors in a joint case) filed a voluntary Chapter 13 petition on June 10, 2015.

2. On the Petition Date the Debtor was indebted to Objector in the amount of $1,199.39 (plus interest, fees and costs) and in possession of the following: 2014 Ford Focus (VIN: 1FADP3F24EL293355) (Acct. No.: 7487) (the "Vehicle").

3. The Vehicle listed in Paragraph 2 was leased under a Vehicle Lease Agreement (the "Lease").

4. The Proposed Plan cannot be confirmed for the following reasons:

(a) The Proposed Plan provides for monthly payments in the contractually required amount directly to Creditor, and the Debtor is in default in those payments in the amount of $228.27

(b) The Proposed Plan understates the contractual monthly payment. The correct payment is $121.39.

(c) The Proposed Plan fails to provide for surrender of the Vehicle or Relief from the Automatic Stay at Lease maturity. The Lease matures on April 1, 2016, at which time, the Debtor's interest in the Vehicle ends and the Debtor has no right to retain possession, thereafter.

(d) The Debtor's proposed Plan provides for assumption of the Debtor's pending Lease pursuant to 11 U.S.C. § 365 and 11 U.S.C. § 1322(b) (7) but fails to appropriately classify the post assumption Lease.

1

(e) The Objector is not adequately protected pursuant to 11 U.S.C. §1326 as:

    (i)    The Debtor has failed to demonstrate the Vehicle is insured pursuant to 11 U.S.C. §1326(a)(4).

**WHEREFORE,** Ford Motor Credit Company LLC requests the Court to deny confirmation of the Proposed Plan, and to grant such other relief as may be appropriate and just.

Respectfully submitted,

**KILPATRICK & ASSOCIATES, P.C.**

By: /s/ _____
RICHARDO I. KILPATRICK, ESQ.(P35275)
LEONORA K. BAUGHMAN, ESQ.(P33534)
KRISTY A. STEFFANI, ESQ. (P77020)
Attorneys for Creditor, Ford Motor Credit Company LLC
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
(248) 377-0700

Dated: July _____, 2015